STATE v. BROADNAX

No. 166 PC.

Case below: 41 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. BUMGARNER

No. 227 PC.

No. 82 (Fall Term).

Case below: 42 N.C. App. 71.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 20 July 1979.

STATE v. CARSWELL

No. 172 PC.

Case below: 40 N.C. App. 752.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. CHAPMAN

No. 141 PC.

Case below: 40 N.C. App. 629.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. COVINGTON

No. 139 PC.

Case below: 40 N.C. App. 771.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 July 1979.